## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DINA BODEAN,

      **Plaintiff,**

v.                                        **Case No: 6:23-cv-1726-PGB-RMN**

NCB MANAGEMENT
SERVICES, INC., NORTHSTAR
LOCATION SERVICES, LLC and
PORTFOLIO RECOVERY
ASSOCIATES, LLC,

      **Defendants.**

_____

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 21st day of September 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1